JOHN B. FLOYD et al., Appellants, v. MARTHA ROBERTS et al., Defendants, and L. B. WRIGHT et al., as Trustees of PARMA GRANGE 328, Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from

an order granting a motion by trustees of Parma Grange to dismiss plaintiffs' complaint in an action to establish an easement over defendants' land located in the village of Hilton, town of Parma.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.